UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA GONZALEZ,

   Plaintiff,

-vs-                                                 CASE NO.:  6:16-CV-00159-GKS-GJK

MEDICREDIT, INC.

   Defendant.
_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, VANESSA GONZALEZ, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, VANESSA GONZALEZ, and Defendants, MEDICREDIT, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  William Jason Cantrell, Esq., Ogletree Deakins Nash Smoak & Stewart, P.C., 100 N Tampa St Ste 3600, Tampa, FL 33602-5867, william.cantrell@ogletreedeakins.com and denise.catania@ogletreedeakins.com; Patrick McLaughlin, Esquire, and Scott Dickenson, Esquire, Spencer Fane LLP, 1 North Brentwood Boulevard, Suite 1000, Clayton, MO 63105, pmclaughlin@spencerfane.com and sdickenson@spencerfane.com.

                                                                           /s/Frank H. Kerney, III, Esquire
                                                                           Frank H. Kerney, III, Esquire
                                                                           Florida Bar #: 88672
                                                                           Morgan & Morgan, Tampa, P.A.
                                                                           One Tampa City Center
                                                                           201 North Franklin Street, 7th Floor
                                                                           Tampa, FL 33602
                                                                           Telephone: (813) 223-5505
                                                                           Facsimile:  (813) 223-5402
                                                                           fkerney@forthepeople.com
                                                                           jkneeland@forthepeople.com
                                                                           cfallara@forthepeople.com
                                                                           Counsel for Plaintiff